

FILED

JAN 14 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-MJ-2541-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MOTION TO UNSEAL |
| v. | ) | COMPLAINT |
| | ) | |
| ALEXANDER JUSTIN WHITE | ) | |
| a/k/a "Sulaiman Al-Amriki" | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves this Honorable Court for an order unsealing the Criminal Complaint in this matter in its entirety.

Defendant is currently in U.S. Marshals custody and has entered into a plea agreement with the government. WHEREFORE, the government moves for an order unsealing the Criminal Complaint.

Respectfully submitted, this 14th day of January, 2025.

MICHAEL F EASLEY, JR.
United States Attorney

_____
GABRIEL J. DIAZ
Assistant United States Attorney
Criminal Division
United States Attorney's Office
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4326
Email: gabriel.diaz@usdoj.gov
N.C. Bar No. 49159

1