IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CR-00009-M

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ALEXANDER JUSTIN WHITE,
a/k/a "Sulaiman AI-Amriki"

     Defendant.

ORDER

     This matter comes before the court on Defendant's Motion Requesting Leave to File a Memorandum in Excess of Page and Word Limits, DE 45, and Motion to Seal, DE 47. For good cause shown, both motions are GRANTED. Defendant's Proposed Sentencing Memorandum, DE 46, is ALLOWED. The Clerk of the Court shall maintain DE 46 under seal until further order of the court. The Clerk of the Court may provide copies of DE 46 to counsel for Defendant or the United States.

     SO ORDERED this _____3ᵈ_____ day of June, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE